UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN WOODS | CIVIL ACTION NO: 15-399-SDD-RLB |
| VERSUS | JUDGE: SHELLY D. DICK |
| BOARD OF SUPERVISORS OF UNIVERSITY OF LOUISIANA SYSTEM (NORTHWESTERN STATE UNIVERSITY) | MAGISTRATE JUDGE: BOURGEOIS |

### ANSWER TO ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, and in answer to the original complaint of Lynn Woods, respectfully represents:

1.
### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

2.
### SECOND DEFENSE

As a second defense, defendant pleads that the claims of complainant are barred by prescription and/or laches.

3.
### THIRD DEFENSE

The allegations of the complainant are denied except to admit that complainant was and/or is a tenured educator at Northwestern State University in Natchitoches, Louisiana; that she took leave; that defendant uses and/or receives federal funds; and Northwestern State University is under the supervision of defendant.

## 4.
## FOURTH DEFENSE

As a fourth defense, defendant denies that it or anyone for whom it may be responsible were guilty of any fault, wrongdoing, and/or actions, inactions, and conduct in violation of any of the provisions, restrictions, and prohibitions of the Rehabilitation Act, and further denies that complainant is an "individual with a disability"and who is "otherwise qualified" and is entitled to coverage and relief thereunder, including but not limited to injunctive relief, post and prospective; back pay and benefits; compensatory damages; and reimbursement of costs and attorney fees.

## 5.
## FIFTH DEFENSE

As a fifth defense, defendant shows that at all times it has acted reasonably, adequately, in good faith, and in full compliance with all relevant laws.

## 6.
## SIXTH DEFENSE

As a sixth defense, defendant alleges in the alternative that any injuries or damages to complainant, which is at all times denied, were as a result solely of her own conduct, actions, fault, and misdeeds, such as to estop, bar or alternatively mitigate or reduce any recovery or relief to which she might otherwise be entitled.

## 7.
## SEVENTH DEFENSE

Continuing in the alternative, defendant pleads any and all limitations available to it as to liability and/or damages.

## 8.

Defendant requests a trial by jury as to all claims and issues.

WHEREFORE, defendant prays that the complaint in these proceedings be dismissed with prejudice, at complainants costs, and for a trial by jury as to all issues and claims.

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY: /s/ Frank P. Trosclair, Jr.
Frank P. Trosclair, Jr. (10678)
Earl Taylor (10679)
Charles T. Cravins (31115)
Special Assistant Attorneys General
P.O. Drawer 1149
Opelousas, La. 70571-1149
Phone (337) 948-3007

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon Pamela R. Jones, 401 Market St., Ste. 1250, Shreveport, La., attorney for complainant by the Court's electronic filing system on this

16th day of September, 2015

/s/ Frank P. Trosclair, Jr.
Attorney