UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN WOODS

CIVIL ACTION

VERSUS

15-399-SDD-RLB

BOARD OF SUPERVISORS
OF UNIVERSITY OF
LOUISIANA SYSTEM
NORTHWESTERN STATE
UNIVERSITY

## JUDGMENT

For the reasons outlined in this Court's *Ruling*[1] dated February 13, 2017;

Judgment is hereby rendered in favor of Defendant and against Plaintiff. This matter is dismissed with prejudice in its entirety.

Baton Rouge, Louisiana the 14 day of February, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 25.

Jury